**FILED** JG
11/1/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Brian Williamson (312) 353-8897

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SCOTT | Case No.: 23CR583<br>JEFFREY COLE<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, GERALD NEIL, appearing before United States Magistrate Judge JEFFREY COLE by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that MICHAEL SCOTT has been charged by Indictment in the Southern District of Indiana with the following criminal offense: failure to register, in violation of Title 18, United States Code, Section 2250(a).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

_____
GERALD NEIL
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 1st day of November, 2023.

_____
JEFFREY COLE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 0 7 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. Enter cause number |
| ) | |
| MICHAEL SCOTT, ) | 1:20-cr-154 JRS-DLP |
| ) | |
| Defendant. ) | |

### INDICTMENT

**COUNT 1**
**18 U.S.C. § 2250(a)**
**(Failure to Register)**

The Grand Jury charges that:

On or about April 12, 2019, in the Southern District of Indiana, Defendant MICHAEL SCOTT, an individual required to register under the Sex Offender Registration and Notification Act, travelled in interstate commerce from Illinois to Indiana and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

All of which is in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

███████████████████████
FOREPERSON

1

JOSH J. MINKLER
United States Attorney

By: _____
Adam Eakman
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MICHAEL SCOTT, | ) | 1:20-cr-154 JRS-DLP |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL SCOTT,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Failure to Register, in violation of Title 18, United States Code, Section 2250(a).

Date: 7/8/2020

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
*Deputy Clerk*

City and state: Indianapolis, IN

---

### Return

This warrant was received on *(date)* 30OCT2023, and the person was arrested on *(date)* 31OCT2023
at *(city and state)* Waukegan, IL

Date: 31OCT2023

_____
*Arresting officer's signature*

Gerald Neil DUSM
*Printed name and title*